AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   2:25-mc-00026

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for   **AnswerNet, Inc.**
on   **5/21/2025:**

[X]   I served the subpoena by delivering a copy to the named person as follows: **julie she is the boss**, who is designated by law to accept service of process on behalf of **AnswerNet, Inc.** at **251 Little Falls Dr, Wilmington, DE 19808** on **05/21/2025 at 12:55 PM**

**I delivered the documents, PLAINTIFF ROBERT NOCK'S MEMORANDUM SUPPORTING HIS MOTION TO COMPEL ANSWERNET, INC. TO COMPLY WITH HIS SUBPOENA; APPENDIX FOR PLAINTIFF ROBERT NOCK'S MEMORANDUM SUPPORTING HIS MOTION TO COMPEL ANSWERNET, INC. TO COMPLY WITH SUBPOENA; DECLARATION OF COUNSEL: JACOB U. GINSBURG; EXHIBITS, to julie she is the boss who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 25-35 years of age, 5'4"-5'6" tall and weighing 120-140 lbs.**; or

☐   I returned the summons unexecuted because

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

**$ 0.00**

My fees are **$ 0.00** for travel and **$ 145.00** for services, for a total of **$ 145.00**.

I declare under penalty of perjury that this information is true.

Date:   05/21/2025

*Server's signature*

**Ana Esther Romero**
*Printed name and title*

**678 Robinson Ln
B
Wilmington, DE 19805**

*Server's address*

Additional information regarding attempted service, etc:




Tracking #: **0170497206**