IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT NOCK,<br><br>*Petitioner,*<br><br>v.<br><br>ANSWERNET, INC. doing business as TPV.COM,<br><br>*Respondent.* | No. 2:25-mc-00026-GJP<br><br>Underlying action pending in the United States District Court for the District of Maryland, *Nock v. PalmCo Administration, LLC*, No. 1:24-00662 |

**STIPULATION TO EXTEND ANSWERNET'S RESPONSE DEADLINE**

Pursuant to LR 7.4 and Fed. R. Civ. P. 6(b), Petitioner Robert Nock and Respondent AnswerNet, Inc. hereby stipulate to extend AnswerNet's response date until June 20, 2025.

SO STIPULATED:

*/s/ Jacob U. Ginsburg*
Jacob U. Ginsburg, Esq.
PA Bar ID 311908
Kimmel & Silverman, P.C.
30 East Butler Ave.
Ambler, PA 19002
(267) 468-5374
jginsburg@creditlaw.com
teamkimmel@creditlaw.com
Counsel for Petitioner

*/s/ David Murdza*
David Murdza, Esq.
In-House Counsel
AnswerNet, Inc.
3930 Commerce Avenue
Willow Grove, PA 19090
P: 267-942-6000 Ext. 328

Counsel for Respondent

SO ORDERED:

　*/s/ Gerald J. Pappert*
Gerald J. Pappert
United States District Judge

Dated: June 4, 2025