# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT NOCK,<br><br>              *Petitioner,*<br><br>   v.<br><br>ANSWERNET, INC., *doing business as* TPV.COM,<br><br>              *Respondent.* | No. 25-mc-26 |

## ORDER

**AND NOW**, this 7th day of November 2025, upon consideration of Respondent TPV.com's November 6, 2025 Letter Request for an Extension of Time (Dkt. No. 12), it is **ORDERED** that the request is **GRANTED**. Respondent shall file a response to Petitioner's Motion for Contempt (Dkt No. 11) on or before **November 14, 2025.**

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.