**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ROBERT NOCK,** | |
|     *PETITIONER,* | **Civil Action No. No. 25-mc-26** |
| | Underlying action pending in the |
| | United States District Court for the |
| **v.** | District of Maryland, *Nock v.* |
| | *PalmCo Administration, LLC,* |
| **ANSWERNET, INC. doing business as** | No. 1:24-00662 |
| **TPV.COM,** | |
|     *RESPONDENT.* | |

## ORDER

AND NOW, this _____ day of Novenber, 2025, upon consideration of Petitioner's Motion for Contempt (ECF. No. 11), of the Order dated July 1, 2025 (Doc. No. 6), and any responses thereto, it is ORDERED that the Motion is DENIED.

_____

**Gerald J. Pappert, J.**